MARY CAPONE, ADMINISTRATRIX AD PROS., ETC., ET AL., PLAINTIFFS-RESPONDENTS, v. HENRY K. NORTON, TRUSTEE, ETC., DEFENDANT-PETITIONER.

See same case below: 11 *N. J. Super.* 189.

*Messrs. Lum, Fairlie & Foster* and *Mr. Charles S. Barrett, Jr.,* for the petitioner, cross-respondent.

*Mr. John A. Masiello, Mr. Benjamin P. Galanti* and *Mr. Louis Santorf,* for Mary Capone, admx. *ad pros.,* and Peter Panepinto, admr. *ad pros.,* respondents, cross-petitioners.

*Messrs. Cole, Morrill* and *Nadell,* for Ridgewood Cleaners, Inc., respondent.

April 23, 1951. Granted.

ALFRED E. DRISCOLL, GOVERNOR, ET AL., PLAINTIFFS-RESPONDENTS, v. BURLINGTON-BRISTOL BRIDGE COMPANY, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 10 *N. J. Super.* 545.

*Messrs. Carpenter, Gilmour & Dwyer, Messrs. Schenck, Price, Smith & King, Messrs. McCarter, English & Studer, Messrs. Pitney, Hardin & Ward, Mr. Donald B. Kipp, Messrs. Markley & Broadhurst, Mr. James J. Langan, Messrs. Milton M.* and *Adrian M. Unger, Mr. Thomas L. Hood* and *Mr. Thomas D. Begley,* for the petitioners.

*Mr. Walter D. Van Riper,* for the respondents.

April 30, 1951. Granted.